USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-10-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WILLIAM TORRES,

                              Plaintiff,

           -against-

THE CITY OF NEW YORK, et al.,

                            Defendants.

------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

12-CV-0057 (PKC)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

The Law Office of Gregory Zenon
*Attorney for Plaintiff*
110 Wall Street, 11th Floor
New York, New York 10005
(212) 380-8582


By: _____
     Gregory Zenon
     *Attorney for Plaintiff*




Dated: New York, New York

               , 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Kings District Attorney's Office and Retired
Detective William Ryan*
100 Church Street, Rm. 3-178
New York, New York 10007

By: _____
     Tobias E. Zimmerman
     *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE